The People of the State of New York v. Eldon Bisbee.— Application granted.  Order signed.  Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Alexander Woollcott v. Lee Shubert and Others.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Abraham H. Altschul v. Alfred Ludwig, as Superintendent, etc.— Motion granted; question certified.  Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Alfred C. Beatty v. Guggenheim Exploration Company.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Simon Gursky v. Frank W. Blair and Others, as Receivers, etc.— Motion granted.  Order to be settled on notice.  Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Anna Jacobson v. Ignatz Jacobson.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Max Brown v. Nathaniel Rosenberg, as Receiver.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

In the Matter of William B. Dressler, an Attorney.— Referred to Honorable Henry A. Gildersleeve, official referee.  Order to be settled on notice.  Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

John D. Dailey and Others, v. The City of New York and Others.— Motion granted and proceedings under the injunction stayed until the hearing of the appeal from the judgment.  Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Yves De Villers.— Appellant allowed to argue the appeal on typewritten copies of the record and briefs. Case placed on the calendar for November 9, 1915, on filing the original record and appellant's brief.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Albert W. Duckworth, an Attorney.—Referred to Honorable Henry A. Gildersleeve, official referee.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of I. Mortimer Eisenberg, an Attorney.— Referred to Honorable John J. Freedman, official referee.  Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Thomas J. O'Neill, an Attorney.— Reference ordered; the referee to be designated on settlement of order. · Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.